# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN
56537
(218) 739-5758

April 11, 2006

**RE: Case Name:** USA vs Oscar Cosio-Gutierrez
**Case Number:** 0:00-CR-00310 (1) DWF

**NOTICE OF MONETARY IMPOSITION PAID IN FULL**

| DEBT | AMOUNT PAID | DATE |
|---|---|---|
| Special Assessment | $100.00 | 3/20/03 |

Sincerely,

s/Jennifer Nurnberger
Financial Technician

FILED 4/11/06
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 3/26/01
Deputy Clerk's Initials JN